

May 20, 2019

Honorable Lawrence E. Kahn
United States District Judge
Northern District of New York
445 Broadway
Albany, New York 12207-2926

Re: *Seidman v. Waj Media LLC (3:18-cv-951-LEK-DEP)*

Dear Judge Kahn,

We represent Plaintiff, Helayne Seidman, in the above in-captioned case. The parties are still finalizing the terms of the settlement agreement. We respectfully request an additional 30 days to either re-open the case or file their stipulation of dismissal.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Helayne Seidman*

